ORIGINAL

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civ. No. 00-1552 JRT:FLN

UNITED STATES OF AMERICA,

Plaintiff,

v.

EDYTHE MCEWEN,

Defendant.

STIPULATION

It is hereby stipulated and agreed by the parties that the defendant may be granted an additional period of time up to and including September 18, 2000, to move, answer, or otherwise respond to plaintiff's Complaint.

Dated: September 6, 2000

B. TODD JONES
United States Attorney

M. Trippler

BY: MARY L. TRIPPLER
Assistant U.S. Attorney
Attorney I.D. No. 110887
600 United States Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5600

Dated:

Sidney Brennan

SIDNEY BRENNAN, ESQ.
1013 Ford Road
Minnetonka, MN 55305
(612) 546-2455
Attorney for Defendant

FILED SEP 11 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

IT IS SO ORDERED.

Dated: 9/11/00

United States Magistrate Judge
United States District Court